EXHIBIT 4

## AFFIDAVIT OF LOST INSTRUMENTS

THIS AFFIDAVIT OF LOST INSTRUMENT made the 24th day of August, 2015 by Patricia S. Humpal as an authorized signer for Ocwen Loan Servicing, LLC, having a place of business at 1661 Worthing Dr Ste 100 West Palm, FL 33409 ("Mortgagee").

Patricia S. Humpal being duly sworn, deposes and says:

1. I am an authorized signer for Ocwen Loan Servicing, LLC, the servicer and agent for OneWest Bank FSB, and as such I have personal knowledge of the facts set forth herein. The books and records of OneWest Bank FSB are the source of my personal knowledge.

2. Kim A. Naimoli ("Mortgagor") is the record owner of certain Premises at 827 South Main Street, City of Geneva, New York 14456, having acquired title by deed from Steven P. Naimoli recorded in the Ontario County Clerk's Office on July 29, 2002 in Book 1080, Page 122 ("Premises").

3. On July 23, 2002 Mortgagor executed and delivered to Coral Mortgage, Inc. her mortgage ("First Mortgage") on the Premises in the principal amount of $253,500.00 which was recorded in the Ontario County Clerk's Office on July 29, 2002 at book 1360, page 460.

4. The First Mortgage was thereafter assigned to IndyMac Bank FSB, by assignment dated July 23, 2002 which was recorded in the Ontario County Clerk's Office on July 29, 2002 at book 1360, page 481.

5. The First Mortgage was thereafter assigned by IndyMac Bank FSB to Mortgagee OneWest Bank FSB, by assignment dated March 31, 2010.

6. On June 26, 2008 Mortgagor executed and delivered her second mortgage to IndyMac Bank FSB in the principal amount of $2,875.49 ("Second Mortgage"). A true and accurate copy of the Second Mortgage is attached hereto as **Exhibit A**. The mortgage tax to be paid on the filing of the Second Mortgage will be $21.75.

7. On June 26, 2008 Mortgagor executed and delivered her consolidated mortgage to IndyMac Bank FSB in the principal amount of $227,100.00 ("Consolidated Mortgage"). A true and accurate copy of the Consolidated Mortgage is attached hereto as **Exhibit B**.

8. On June 26, 2008 Mortgagor executed and delivered her Consolidation, Extension Mortgage Agreement to IndyMac Bank FSB ("CEMA"). A true and accurate copy of the CEMA is attached hereto as **Exhibit C**.

9. OneWest Bank FSB as Mortgagee is the current holder and owner of the First Mortgage, Second Mortgage, Consolidated Mortgage and CEMA.

10. OneWest Bank FSB as Mortgagee has made a diligent search for the original of the

Second Mortgage, Consolidated Mortgage and the CEMA, but said instruments cannot be found.

11. These instruments need to be filed so that the mortgage tax as required can be paid and so that they are properly recorded against and in the chain of title of the record owner of the Premises, Kim A. Naimoli.

ACCORDINGLY, OneWest Bank FSB respectfully requests that the Ontario County Clerk, upon payment of the required mortgage tax, record the attached copies of the Second Mortgage, Consolidated Mortgage and the CEMA, which your deponent duly affirms are true and accurate copies of the lost originals, and index same to the name of the Mortgagor and owner of the Premises, **Kim A. Naimoli.**

Patricia S. Humpal, Authorized Signer

Sworn to before me this
24th day of August, 2015

**Sarah E. Short** Notary Public



SARAH E SHORT
COMMISSION NO.752074
MY COMMISSION EXPIRES
APRIL 1, 2017

## ACKNOWLEDGMENT

**IN WITNESS WHEREOF**, Patricia S. Humpal of Ocwen Loan Servicing, LLC has set their hand the day and year first above written.

Ocwen Loan Servicing, LLC

By: Patricia S. Humpal, Authorized Signer

STATE OF Iowa )
COUNTY OF Blackhawk ) ss:

On this 24th day of August, 2015, before me, the undersigned, a notary public in and for said state, personally appeared Patricia S. Humpal who identified herself as a authorized signer for Ocwen Loan Servicing, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his/her capacity, and that her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

**Sarah E. Short** Notary Public

SARAH E SHORT
COMMISSION NO.752074
MY COMMISSION EXPIRES
APRIL 1, 2017

OCWEN-NIAMOLI-005186

**TO THE ONTARIO COUNTY CLERK:**

Please index this affidavit and the Second Mortgage, Consolidated Mortgage and CEMA to the name of **Kim A. Naimoli.**

OCWEN-NIAMOLI-005187